UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEBCO, INC., a Washington corporation, | Case No. 2:24-cv-00261-JHC |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE THE CASE DEADLINES (DKT. #13) |
| v. | |
| GRANITE STATE INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |

## **STIPULATED MOTION**

Plaintiff Sebco, Inc. and defendant Granite State Insurance Company respectfully submit this stipulated motion to continue the case deadlines (Dkt. #13).

The Parties have agreed to discuss the possibility of an early settlement. To accommodate those discussions and reduce the costs of litigation in the interim, the Parties request the current case deadlines be continued for three months. The Parties agree that if the settlement discussions are not fruitful, they will be able to proceed with the case, including the upcoming expert disclosure and amended pleading deadlines, within that time frame.

STIPULATED MOTION AND ORDER TO CONTINUE - 1
Case No. 2:24-cv-00261-JHC

Accordingly, the Parties respectfully request the Court issue a new case scheduling order continuing the case deadlines by three months.

Dated this 19th day of August, 2024.

| BRYAN CAVE LEIGHTON PAISNER LLP | JENSEN MORSE BAKER PLLC |
|---|---|
| By  *s/ Tyler L. Farmer*<br>By  *s/ Chelsey L. Mam*<br>  Tyler L. Farmer, WSBA #39912<br>  Chelsey L. Mam, WSBA #44609<br>  999 Third Avenue, Suite 4400<br>  Seattle, WA  98104<br>  Tel:  (206) 623-1700<br>  Email:  tylerf@bclplaw.com<br>  Email:  chelseym@bclplaw.com<br><br>***Attorneys for Plaintiff Sebco, Inc.*** | By  *s/ Gabriel Baker*<br>By  *s/ Benjamin J. Roesch*<br>  Gabriel Baker, WSBA #28473<br>  Benjamin J. Roesch, WSBA #39960<br>  520 Pike Street, Suite 2375<br>  Seattle, WA  98101<br>  Tel: (206) 682-1550<br>  Email:  gabe.baker@jmblawyers.com<br>  Email: benjamin.roesch@jmblawyers.com<br><br>***Attorneys for Granite State Insurance Co.*** |

### **ORDER GRANTING A CONTINUANCE**

Based on the parties' stipulation,

IT IS HEREBY ORDERED that the Stipulated Motion to Continue the Case Schedule is GRANTED.  The Court sets trial in this matter for June 30, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED: August 19, 2024.

*[signature]*
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE - 2
Case No. 2:24-cv-00261-JHC